# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| BRYAN T. PRATT,<br>　　　　Plaintiff,<br>　　v.<br><br>FIRSTSOURCE FINANCIAL SOLUTIONS, LLC,<br>　　　　Defendant. | ) **Case No.: 4:11-cv-353-RAS-DDB**<br>)<br>)<br>)<br>)<br>) **(Unlawful Debt Collection Practices)**<br>)<br>)<br>) |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

　　NOTICE IS HEREBY GIVEN that the above-captioned case has been

DISMISSED with prejudice.


　/s/  Amy L. Bennecoff
Amy L. Bennecoff, Esquire
Kimmel & Silverman, PC
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Fax: (877) 788-2864